# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-4254
_____

S.M., Father of S.M. and A.M.,
Minor Children,

     Appellant,

     v.

GUARDIAN AD LITEM PROGRAM,

     Appellee.

_____

On appeal from the Circuit Court for Clay County.
Michael S. Sharrit, Judge.

February 8, 2019

PER CURIAM.

     AFFIRMED.

WOLF, BILBREY, and WINSOR, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Michael P. Eng, Jacksonville, for Appellant.

Ward L. Metzger, Appellate Counsel, Department of Children and Families, Jacksonville, for Appellee.